IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SEON STORRS, et al., | ) | Case No. 21-cv-1364 |
| | ) | |
| Plaintiffs, | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FEDERAL METAL COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has been advised by counsel of record that the above-captioned case has been settled.  Accordingly, this case is dismissed with prejudice, each party to bear its own costs, except as otherwise provided through settlement.  Notice by the Clerk of Courts being hereby waived. The Court hereby cancels the teleconference scheduled on December 10, 2021.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

Dated: December 6, 2021                      *s/ Dan Aaron Polster*
                                             DAN AARON POLSTER
                                             UNITED STATES DISTRICT JUDGE